AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Kenneth Klippenstein | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-1083-CKK |
| National Archives & Record Admin. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants.

Date: 04/19/2023

/s/ Cormac Early
*Attorney's signature*

Cormac Early (DC Bar 1033835)
*Printed name and bar number*

1100 L St. NW
Washington, DC 20005

*Address*

cormac.a.early@usdoj.gov
*E-mail address*

(202) 616-7420
*Telephone number*

*FAX number*