UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH KLIPPENSTEIN,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*<br><br>*Defendants*. | Case No. 23-cv-01083-CKK |

## NOTICE OF RELATED CASE

Pursuant to Local Civil Rule 40.5(b)(3), Defendants respectfully submit this notice that this case is related to another case currently pending in this court, *Citizens for Resp. & Ethics in Washington v. U.S. Dep't of Homeland Security*, No. 22-cv-3350-TSC ("*CREW*"). Defendant has not yet been served in this case, which was filed April 19, 2023.

This case is related to *CREW* under Local Civil Rule 40.5(a)(3) because it involves common issues of fact and because it grows out of the same event or transaction. Local Civil Rule 40.5(a)(3)(ii), (iii). Specifically, both suits challenge the National Archives and Records Administration's ("NARA") response, under the Federal Records Act, to the deletion of text messages at the United States Department of Homeland Security ("DHS"), including on phones assigned to the United States Secret Service and to former DHS officials Chad Wolf and Ken Cuccinelli, subsequent to the events of January 6, 2021. Both suits also seek the same injunctive relief.

Counsel for all parties in each case are registered CM/ECF users, and will automatically be served with notice of this filing.

Dated: April 19, 2023                                   Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Cormac A. Early*
CORMAC A. EARLY
D.C. Bar. No. 1033835
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-7420
cormac.a.early@usdoj.gov

*Counsel for Defendant*