UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KENNETH KLIPPENSTEIN, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:23-cv-01083 (CKK) |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S STIPULATION TO REASSIGNMENT

Plaintiff filed this action on 19 April 2023. That same day a Department of Justice attorney entered an appearance for both Defendants and filed a notice identifying *Citizens for Responsibility and Ethics in Washington v. DHS*, No. 22-3350 (TSC), as a related case under Local Civil Rule 40.5(a)(3). After reviewing that case, with which Plaintiff was unfamiliar, Plaintiff stipulates to the designation and to the reassignment of this case to Judge Chutkan. Plaintiff maintains that the two cases are separate and distinct in several meaningful ways but agrees that they share enough attributes to satisfy the Local Rule.

Date: April 20, 2023

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*