Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

KENNETH KLIPPENSTEIN

       Plaintiff

   vs.                            Civil No.      23-1083   (TSC)

NATIONAL ARCHIVES AND RECORDS      Category  E
ADMINISTRATION, ET AL

       Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __4/25/2023__ from __Judge Colleen Kollar-Kotelly__ to __Judge Tanya S. Chutkan__ by direction of the Calendar Committee.

(Case Related)

                                                        JUDGE RUDOLPH CONTRERAS
                                                        Chair, Calendar and Case
                                                        Management Committee

cc:    Judge Colleen Kollar-Kotelly      & Courtroom Deputy
       Judge Tanya S. Chutkan      & Courtroom Deputy
       Liaison, Calendar and Case Management Committee