UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH KLIPPENSTEIN, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:23-cv-01083 (TSC) |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PROOF OF SERVICE

Plaintiff attaches Proof of Service for Plaintiff's Complaint. According to the United States Postal Service ("USPS") tracking system, summons have been delivered to Defendants National Archives and Records Administration and Debra Steidel Wall,[1] as well as the U.S. Attorney General, and the U.S. Attorney for the District of Columbia was served by email pursuant to Department of Justice policy.

Plaintiff provides the following legend connecting the tracking numbers in the attached document to the respective addressees for the Court's convenience:

9507106659913111417455 – National Archives and Records Administration and Debra Steidel Wall

9507106659913111417431 – U.S. Attorney General

---

[1] Dr. Colleen Shogan was confirmed by the U.S. Senate to serve as the Archivist of the United States on 10 May 2023, but she is not slated to begin her tenure until next week. Once she formally assumes the position, the Court should substitute her name in place of Acting Archivist Wall.

Date:   March 13, 2023

                                                Respectfully submitted,

                                                 /s/ Kelly B. McClanahan
                                                Kelly B. McClanahan, Esq.
                                                D.C. Bar #984704
                                                National Security Counselors
                                                4702 Levada Terrace
                                                Rockville, MD 20853
                                                301-728-5908
                                                240-681-2189 fax
                                                Kel@NationalSecurityLaw.org

                                                *Counsel for Plaintiff*

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9507106659913111417455

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:11 am on April 24, 2023 in COLLEGE PARK, MD 20740.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Left with Individual**
COLLEGE PARK, MD 20740
April 24, 2023, 10:11 am

See All Tracking History

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

**Tracking Number:**

Remove ✕

# 9507106659913111417431

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:53 am on May 2, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
May 2, 2023, 4:53 am

**See All Tracking History**

See More ⌄

Track Another Package

Enter tracking or barcode numbers

Feedback

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**