## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH KLIPPENSTEIN, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action No. 1:23-cv-01083 (TSC) |
| | * |
| NATIONAL ARCHIVES AND | * |
| RECORDS ADMINISTRATION, *et al.*, | * |
| | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ERRATA

Plaintiff attaches further Proof of Service for Plaintiff's Complaint. As shown in the attached email, Plaintiff served the U.S. Attorney's Office for the District of Columbia on 19 April 2023.

Date:   June 6, 2023

                                        Respectfully submitted,

                                        /s/ Kelly B. McClanahan
                                      Kelly B. McClanahan, Esq.
                                      D.C. Bar #984704
                                      National Security Counselors
                                      4702 Levada Terrace
                                      Rockville, MD 20853
                                      301-728-5908
                                      240-681-2189 fax
                                      Kel@NationalSecurityLaw.org

                                      *Counsel for Plaintiff*

# Kel McClanahan, Esq.

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Thursday, April 27, 2023 6:42 PM |
| **To:** | Kel McClanahan, Esq. |
| **Subject:** | RE: [EXTERNAL] Klippenstein v. NARA, 23-1083 |

Your service package has been received and accepted with a service date of April 19, 2023.  Thank you.

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Wednesday, April 19, 2023 3:13 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Klippenstein v. NARA, 23-1083

Service attached