IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KLIPPENSTEIN,<br><br>       Plaintiff,<br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*<br><br>       Defendants. | Case No. 23-cv-1083-TSC |

## **DEFENDANTS' MOTION TO DISMISS OR TO CONSOLIDATE**

Defendants, by and through their undersigned counsel, hereby move for dismissal of the Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, or for consolidation of this case with *Citizens for Responsibility & Ethics in Washington v. U.S. Department of Homeland Security*, No. 22-cv-3350-TSC (D.D.C.) pursuant to Rule 42(a). In support of this motion, Defendants submit the accompanying Memorandum of Points and Authorities with supporting declarations and proposed Order.

Dated: June 20, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Cormac A. Early*
CORMAC A. EARLY
D.C. Bar No. 1033835
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

Washington, D.C. 20005
Tel.: (202) 616-7420
cormac.a.early@usdoj.gov

*Counsel for Defendants*