UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | Civ. Action No. 22-3350- TSC |
| v. | ) ) ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF GLORIA R. ARMSTRONG**
**ASSISTANT DIRECTOR**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**UNITED STATES SECRET SERVICE**

I, Gloria R. Armstrong, make the following declaration in lieu of affidavit pursuant to

28 U.S.C. §1746:

1. I am employed by the United States Secret Service ("Secret Service" or "Agency") as

   an Assistant Director ("AD"), Office of Professional Responsibility ("RES"). This is an

   SES position, ES-1811-00. I have been employed by the Secret Service since 1995, and

   assigned as the AD of RES since April 25, 2021.

2. RES reviews and investigates the actions of Secret Service personnel, programs, and

   offices to determine compliance with, and adherence to, internal and external policies,

   procedures, and protocols. This office uses consistent, transparent fact finding

   mechanisms to identify accountability, professional responsibility, efficiency, and

effectiveness issues throughout the organization.  RES provides the Director, Executive

Staff, Office of Integrity, and office managers with objective, unbiased assessments of

its findings for their review and potential imposition of corrective and/or disciplinary

action.  RES oversees the Secret Service's Inspection Division, which conducts internal

affairs investigations and office compliance reviews by gathering facts in a professional

and impartial manner.

3. All Secret Service employees were notified by Official Message dated January 25, 2021

that Secret Service-issued iPhone and/or iPad devices would begin migrating to the

Microsoft Intune Mobile Device Management System ("Intune migration") on

January 27, 2021.[1]  Employees were notified that enrollment of iPhones and/or iPads in

the new Intune system would erase all data on the mobile devices to include contacts,

iMessages[2], photographs, notes, and files.  Included in this Official Message was a link

that contained a content preservation guide to prevent permanent data loss.  With respect

to text messages (including iMessages), each employee was instructed to verify whether

there were messages on each device that needed to be preserved, and provided

instructions for preserving those messages.  Employees were instructed to take a

screenshot of those messages, then either email the photos to themselves, or upload them

---

[1] In the summer of 2020, the Secret Service's Office of the Chief Information Officer (OCIO) began considering various Microsoft Office 365 suite tools, including Microsoft Intune, for agency use. Feasibility studies for Intune began in September 2020 and planning for the migration continued for several months. In mid-December 2020, the OCIO determined that the Intune migration would be implemented on an agencywide basis. However, to avoid disruption to agency IT systems during a critical time period, OCIO elected to begin the migration after the 2021 Presidential Inauguration—a large scale National Special Security Event protected by the Secret Service—was completed. The Intune migration commenced seven days after Inauguration Day, i.e., on January 27, 2021.
[2] iMessages are texts, photos, or videos that are sent to another iPhone, iPad, etc. over Wi-Fi or cellular-data networks. They are always encrypted, as opposed to SMS/MMS messages.  Although Verizon, the Secret Service's cellular phone service provider, maintained SMS messages for seven days after they were transmitted, Verizon did not maintain iMessages.

to Microsoft OneDrive.[3]  <u>See</u> Official Message and Content Preservation Guide, Exhibit A.

4.  From January 27, 2021 to April 1, 2021, the Secret Service conducted the Intune migration. Over the course of the migration, all Secret Service iPhones enrolled in Intune. The Intune enrollment process caused all data on the iPhones to be erased. Accordingly, iPhone data that was not backed up or otherwise preserved prior to an iPhone's enrollment in Intune was lost.

5.  By memorandum dated February 5, 2021 (received by the Secret Service on February 9, 2021), the Department of Homeland Security's Office of Inspector General ("DHS OIG") notified DHS and certain of its components (to include the Secret Service) that they were opening a review/audit to evaluate DHS' and its law enforcement components' preparation for and response to the events at the U.S. Capitol on January 6, 2021.  At various points throughout the review/audit, the DHS OIG sought from the Secret Service texts sent or received by certain individuals.

6.  Due to the role of RES within the Secret Service, RES, through its Inspection Division, has been involved with efforts to recover text messages that may have been lost during the Secret Service's Intune migration. However, the Secret Service had already attempted to recover responsive texts from Verizon, and was unable to do so given that (1) Verizon only maintained SMS messages for seven days after they were transmitted, and this time frame had passed; and (2) Verizon did not maintain iMessages.

---

[3] Microsoft OneDrive is a "cloud" file storage service used by the Secret Service. Secret Service employees can use OneDrive to backup files from their mobile devices and preserve the files remotely on Microsoft servers.  Notably, Secret Service iPhone users were unable to use "iCloud," Apple's cloud storage service, to preserve texts. iCloud backup was disabled by the Secret Service's OCIO for agency iPhones, and there was no other automated backup of iPhone text messages with the exception of Verizon's seven day storage of SMS texts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Date

garmstrong Digitally signed by garmstrong
Date: 2023.03.02 17:16:51 -05'00'
_____

Gloria R. Armstrong
Assistant Director
Office of Professional
Responsibility
United States Secret Service

## 145.000 Mobile Device Management Migration

CIO <CIO@OFFICIALMAIL.USSS.DHS.GOV>

Mon 1/25/2021 3:37 PM

To: **USA <usa@OfficialMail.usss.dhs.gov>**

//ROUTINE//


```
FROM:       Office of the Chief Information Officer        File: 145.000

TO:         All Offices

SUBJECT:    Mobile Device Management Migration


Reference is made to the CIO Official Message, dated 1/14/2021, Deployment of iPhone/iPad OneDrive Application.

The Office of the Chief Information Officer (CIO) will begin migrating mobile devices to the Microsoft Intune
Mobile Device Management (MDM) System on Wednesday, 1/27/2021.  Migration of USSS iPhones and/or iPads will not
occur all at once for every device, but through a systematic targeting of individual and pre-designated divisions
or offices, in a methodical approach and over the course of several months.  Prior to migration, individuals
assigned to the specifically targeted divisions or offices for a particular date, will receive the following email
communication:

        USSS Mobile Device User:

        You are receiving this message because your USSS issued iPhone and/or iPad device has been migrated to our
        new Intune Mobile Device Management (MDM) system. In order to complete this migration, you must enroll your
        device within this new system.

        Enrollment of USSS iPhones and/or iPads in the new MDM system will erase all data on your mobile device to
        include contacts, iMessages, photographs, notes, and files.  Follow the content preservation guide found
        here to prevent permanent data loss.

        To self-enroll, complete the enrollment steps found here. You will be given two weeks to self-enroll in the
        new MDM system. If you do not self-enroll within the given timeframe, your iPhone and/or iPad device(s) will
        be remotely wiped, and the OCIO will initiate the enrollment process automatically.
```

The CIO recommends that all personnel self-enroll at  their earliest convenience once notified.  Please plan in allowing 30 minutes for the enrollment process to complete.

If your device fails to enroll, submit a ticket to the ITO Service Desk or contact the ITO Service Desk telephonically at 202-406-5988.


End-users will receive a second email notification reminding them to self-enroll one week prior to the mandatory enrollment date.  Once an end-user is enrolled, notification reminders will cease.

Questions regarding mobile device enrollment may be directed to the ITO Service Desk.


Headquarters (Office of the Chief Information Officer)   Wilson/Nally

EXHIBIT

A

# USSS Preserve Content Guide for iPhone & iPad

Table of Contents

Rev.  Apr 13 2021 RLT

## *Introduction*

*The following guide has been provided for your use, to assist in determining if you have any content that needs to be preserved, prior to wiping your iPhone/iPad. If you know that there is nothing on your device that you wish to preserve, then you can proceed with wiping your device, otherwise please review the options provided below.*

## *Table of Contents*

**Check Photos**

**Check Messages**

**Check Contacts**

**Check Notes**

**Check Files**

**Check Voice Memos**

**FAQ**

# USSS Preserve Content Guide for iPhone & iPad

Table of Contents                                                              Rev.  Apr 13 2021 RLT

## Check Ph tos

*Verify if you have photos that you need preserved, you can either email the photos to yourself, or follow the steps below for utilizing Microsoft OneDrive.*

**Never O365 Authenticated:** *Follow these steps if you have never authenticated to Teams via your mobile device. If you have, continue to these steps here.*

| Open Microsoft **Onedrive**. | Type in your **@secretservice.gov** credentials. Select **Next**. | Select **Continue**. | Select **OK**. | Select **OK**. | Open Microsoft **Onedrive**. | Select **OK**. |
|---|---|---|---|---|---|---|



**Never O365 Authenticated Continued….**

# USSS Preserve Content Guide for iPhone & iPad

Table of Contents

Rev.  Apr 13 2021 RLT



Select **Sign in using a certificate**.

Select **Sign in using a certificate**.

You are now authenticated into OneDrive.

# USSS Preserve Content Guide for iPhone & iPad

Table of Contents

Rev.  Apr 13 2021 RLT

**Already O365 Authenticated:** *Follow these steps if you have authenticated to Teams via your mobile device.*



| Open Microsoft **Onedri e.** | Select **OK.** | Open Microsoft **Onedrive.** | Select **OK.** | Select **Sign in using a certificate.** | Select **Sign in using a certificate.** | You are now authenticated into OneDrive. |

# USSS Preserve Content Guide for iPhone & iPad

Table of Contents

Rev.  Apr 13 2021 RLT

**All Photos/Videos:** *Follow these steps if you want to transfer all photos/videos. If you just wish to transfer selected item, continue to these steps* here. **Note: it is best to be connected to Wi-Fi to perform these transfers.**

| Select image in upper left corner. | Select **Photos**. | **Toggle on** next to your @secretservice.gov account. Select **Confirm**. | Decide whether you want notifications. Wait for your photos/videos to complete the transfer. |
|---|---|---|---|



# USSS Preserve Content Guide for iPhone & iPad

Table of Contents

Rev.  Apr 13 2021 RLT

Selected items: *Note: it is best to be connected to Wi-Fi to perform these transfers.*

| From OneDrive, either select the **Pictures** folder if one already exists, or create a folder by selecting the add button in the upper right hand corner. If you created a folder, select that folder. | Select **Upload**. | Select **Photos and Videos**. | Select **Recents**. | Select the files you want to transfer. Select **Done**. |
|---|---|---|---|---|



# USSS Preserve Content Guide for iPhone & iPad

Table of Contents

Rev.  Apr 13 2021 RLT

## Check Messages

*Verify if you have any Messages that need to be preserved. Follow the steps below to take screenshots, then go to Check Photos here, for guidance on preserving those photos. For preserving iMessage Groups, see remarks here.*

### Screenshot Steps

1. For iPhone Xs – Press Volume Up and Power Button at the same time
2. For iPhone 8 and below _ Press Home Button and Power Button at the same time.

### iMessage Groups

*iMessage Groups cannot be backup-up and will not be retrievable once the device has been wiped. If you have iMessage Groups that you would like to recreate, OCIO has provided a guide for recreating your iMessage Groups within Shortcuts Application, which can be viewed here. Otherwise you can document which contacts you currently have in your iMessage Groups and recreate them within your iMessage app, once re-enrolled. Another option is to have someone that still has the same iMessage group send a message once re-enrolled, which will apply the group to your iMessage app.*

# USSS Preserve Content Guide for iPhone & iPad

Table of Contents

Rev.  Apr 13 2021 RLT

## Check Contacts

*Follow the steps below to determine if you have any contacts saved locally on your mobile device.*

| Open **Contacts**. | Open **Groups**. | Make sure *__only__* **All iPhone** is selected. Select **Done**. | Review contacts to determine if any of them need to be preserved. If so, *add them to your contacts within Outlook from your PC.* | |
|---|---|---|---|---|



If you followed the step correctly for making sure *__only__* **All iPhone** was selected, then you will see contacts that are saved locally to your device. If you don't see any contacts, that means all of your contacts are already getting saved to Outlook.

# USSS Preserve Content Guide for iPhone & iPad

Table of Contents

Rev.  Apr 13 2021 RLT

## Check Notes

*Follow the steps below to determine if you have any notes saved locally on your mobile device.*

| Open **Settings**. | Select **Notes**. | Change **Default Account** to **On My iPhone**. | Open **Notes**. | Determine if there are any **Notes** saved **On My iPhone** that need saved within Notes. | Open the Note that you want to preserve. Select **Options** in upper right hand corner. Select **Send a Copy** | Select **Save to Files**. Continue to Check Files steps here. |
|---|---|---|---|---|---|---|



# USSS Preserve Content Guide for iPhone & iPad

Table of Contents

Rev.  Apr 13 2021 RLT

## Check Files

*Follow the steps below to determine if you have any files saved locally on your mobile device.*



| Open **Files**. | Select **Browse** in the lower right. Select **Browse** in the upper left. | Select **On My iPhone**. | Check Files and Folders, to see if you have any content that need preserved. | Selection **Options** in upper right hand corner. Select **Select**. | Select the files that you want to preserve. Select **Share** in the lower left hand corner. |

# USSS Preserve Content Guide for iPhone & iPad

Table of Contents

Rev.  Apr 13 2021 RLT

## Check Files Continued….



Select **OneDrive**.

Choose the folder that you want your files to be saved in. Select **Upload to OneDrive**.

# USSS Preserve Content Guide for iPhone & iPad

Table of Contents

Rev.  Apr 13 2021 RLT

## Check Voice Memos

*Follow the steps below to determine if you have any files saved locally on your mobile device.*

| Once you have authenticated to OneDrive, open **Files**. | Select **Options** (3 dots) in upper right. Select **Edit**. | Toggle On **OneDrive**. Select **Done**. | Select **Voice Memos**. | Selection **Options** (3 dots) in lower left of recorded voice memo. Select **Copy**. | Open **Files**. |
|---|---|---|---|---|---|



# USSS Preserve Content Guide for iPhone & iPad

Table of Contents

Rev.  Apr 13 2021 RLT

## Check Voice Memos Continued….

Select **OneDrive**.

Select **Files**.

Choose the folder that you want your files to be saved in. Or create a new folder to save your Voice Memos.

Press and hold in empty area of screen. Select **Paste**.

You can see that your Voice Memo is now in OneDrive. You can view this in the OneDrive app on your phone or find the file within OneDrive from your PC.



# USSS Preserve Content Guide for iPhone & iPad

Table of Contents

Rev.  Apr 13 2021 RLT

## FAQ

*Please see below for Frequently Asked Questions that have been received regarding preserving content.*

### Can I backup my Photos?

Yes. Please follow the steps described here.

### Can I backup my Messages?

No. You can take screenshots of your messages and backup those screenshots. Please follow the steps described here.

### Can I backup my iMessage Groups?

No. You can document your iMessage Groups and recreate them. Please follow the steps described here.

### Can I backup my Contacts?

Yes, contacts sync automatically to your Outlook account. If your contacts are saved locally, you will have to follow steps described here.

### Can I backup my Notes?

Yes, notes sync automatically to your Outlook account. If your notes are saved locally, you will have to follow steps described here.

### Can I backup my Files?

Yes. Please follow the steps described here.

### Can I backup my Voice Memos?

Yes. Please follow the steps described here.

### Can I backup my documents in Adobe Reader?

Yes. They can be backed-up from the Files app. Steps for backing up documents from the Files app can be found here.

### Can I backup my files in iTAK?

Yes. They can be backed-up from the Files app. Steps for backing up documents from the Files app can be found here.

# USSS Preserve Content Guide for iPhone & iPad

Table of Contents

Rev.  Apr 13 2021 RLT