IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KLIPPENSTEIN,<br><br>　　　　Plaintiff,<br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*<br><br>　　　　Defendants. | Case No. 23-cv-1083-TSC |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Dismiss or to Consolidate, it is hereby ORDERED that the Motion be GRANTED, and it is further ORDERED that this action be [DISMISSED / CONSOLIDATED with *Citizens for Responsibility & Ethics in Washington v. U.S. Department of Homeland Security, No. 22-cv-3350-TSC* (*D.D.C.*)].

Date: _____, 2023

HONORABLE TANYA S. CHUTKAN
United States District Judge