UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KENNETH KLIPPENSTEIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:23-cv-01083 (TSC) |
| | * | |
| NATIONAL ARCHIVES AND | * | |
| RECORDS ADMINISTRATION, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE HIS OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS OR TO CONSOLIDATE**

NOW COMES Plaintiff to respectfully request a thirty-day extension of time, until 4 August 2023, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, within which to file his Opposition to Defendants' Motion to Dismiss or to Consolidate. This filing is due on 5 July 2023.

Plaintiff has good cause to request this extension. The undersigned is on a prescheduled family vacation from 19 June-4 July, and already has several other deadlines in district, circuit, and administrative proceedings in the first three weeks of July.

Defendants consent to this Motion and ask that their reply deadline be set for 25 August 2023, to which Plaintiff consents. A proposed Order accompanies this Motion.

Date:   June 27, 2023

                                        Respectfully submitted,

                                         /s/ Kelly B. McClanahan  
                                        Kelly B. McClanahan, Esq.  
                                        D.C. Bar #984704  
                                        National Security Counselors  
                                        4702 Levada Terrace  
                                        Rockville, MD  20853  
                                        301-728-5908  
                                        240-681-2189 fax  
                                        Kel@NationalSecurityLaw.org

                                        *Counsel for Plaintiff*