**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KENNETH KLIPPENSTEIN,                         *
                                              *
    Plaintiff,                                *
                                              *
    v.                                        *       Civil Action No. 1:23-cv-01083 (TSC)
                                              *
NATIONAL ARCHIVES AND                         *
RECORDS ADMINISTRATION, *et al.*,             *
                                              *
    Defendants.                               *
                                              *
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>ORDER</u>**

UPON CONSIDERATION OF Plaintiff's Consent Motion for Enlargement of Time

Within Which to File His Opposition to Defendants' Motion to Dismiss or to Consolidate, and

the entire record herein, it is this _____ day of _____, 2023,

    **ORDERED** that Plaintiff's Motion is **GRANTED**; and

    **FURTHER ORDERED** that Plaintiff's Opposition shall be filed no later than August 4,

2023; and

    **FURTHER ORDERED** that Defendants' Reply shall be filed no later than August 25,

2023.

 

                                         _____

                                         Tanya S. Chutkan
                                         United States District Judge