UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KENNETH KLIPPENSTEIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:23-cv-01083 (TSC) |
| | * | |
| NATIONAL ARCHIVES AND | * | |
| RECORDS ADMINISTRATION, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE HIS OPPOSITIONS TO
DEFENDANTS' MOTION TO DISMISS OR TO CONSOLIDATE**

NOW COMES Plaintiff to respectfully request a further four-day extension of time, until 8 August 2023, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, within which to file his Oppositions to Defendants' Motion to Dismiss or to Consolidate. These filings are due on 4 August 2023.

Plaintiff has good cause to request this extension. The undersigned was in a three-car traffic accident which has necessitated numerous interactions with various insurance companies and repair facilities over the past few days, which has severely compromised his ability to work on these filings.

This is the second extension requested for these filings. Defendants consent to this Motion. A proposed Order accompanies this Motion.

Date:   August 4, 2023

                                                   Respectfully submitted,

                                                   /s/ Kelly B. McClanahan  
                                                Kelly B. McClanahan, Esq.  
                                                D.C. Bar #984704  
                                                National Security Counselors  
                                                4702 Levada Terrace  
                                                Rockville, MD  20853  
                                                301-728-5908  
                                                240-681-2189 fax  
                                                Kel@NationalSecurityLaw.org

                                                *Counsel for Plaintiff*