# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH KLIPPENSTEIN, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:23-cv-01083 (TSC) |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION OF Plaintiff's Consent Motion for Enlargement of Time Within Which to File His Oppositions to Defendants' Motion to Dismiss or to Consolidate, and the entire record herein, it is this _____ day of _____, 2023,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that Plaintiff's Opposition shall be filed no later than August 8, 2023.

_____
Tanya S. Chutkan
United States District Judge