**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KENNETH KLIPPENSTEIN, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 1:23-cv-01083 (TSC) |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION OF Defendants' Motion to Consolidate, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2023,

**ORDERED** that Defendants' Motion is **DENIED**.

_____
Tanya S. Chutkan
United States District Judge