**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KENNETH KLIPPENSTEIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:23-cv-01083 (TSC) |
| | * | |
| NATIONAL ARCHIVES AND | * | |
| RECORDS ADMINISTRATION, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN**
**WHICH TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

NOW COMES Plaintiff to respectfully request a further two-day extension of time, until

10 August 2023, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, within which to

file his Opposition to Defendants' Motion to Dismiss. This filing is due on 8 August 2023.

Plaintiff has good cause to request this extension. Yesterday the Government's attorney

in another case advised the undersigned that his client's permission to publish a manuscript had

been retroactively rescinded and directed him to perform several time-sensitive tasks to

accordingly limit the potential dissemination of sensitive information, which he has been doing

for much of today. Additionally, the undersigned was unexpectedly required to spend several

hours today at an animal hospital getting care for a pet with a sudden acute health issue. Despite

these complications, he was able to complete and file his opposition to Defendants' motion to

consolidate, which it filed at the same time as its motion to dismiss. However, because the

undersigned expects to continue his work regarding the sensitive information issue for most of

tomorrow, he does not anticipate being able to complete this Opposition until Thursday.

This is the third extension requested for this filing. Defendants do not oppose this

Motion. A proposed Order accompanies this Motion.

Date:   August 8, 2023

Respectfully submitted,

  /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*