# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH KLIPPENSTEIN, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:23-cv-01083 (TSC) |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION OF Plaintiff's Unopposed Motion for Enlargement of Time Within Which to File His Opposition to Defendants' Motion to Dismiss, and the entire record herein, it is this _____ day of _____, 2023,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that Plaintiff's Opposition shall be filed no later than August 10, 2023.

_____
Tanya S. Chutkan
United States District Judge