# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH KLIPPENSTEIN, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:23-cv-01083 (TSC) |
| | * |
| NATIONAL ARCHIVES AND | * |
| RECORDS ADMINISTRATION, *et al.*, | * |
| | * |
| Defendants. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION OF Defendants' Motion to Dismiss, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2023,

**ORDERED** that Defendants' Motion is **DENIED**.

_____
Tanya S. Chutkan
United States District Judge